In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-290 CR


____________________



MANDY RENEE PRATT, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 71612






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Mandy Renee Pratt, to
withdraw her notice of appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by
appellant personally. No opinion has issued in this appeal. The motion is granted and the
appeal is therefore dismissed.

 APPEAL DISMISSED.

 

 ____________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered September 6, 2006

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.